**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 6, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00535-CV

_____

### IN RE THE LAW OFFICES OF ART DULA, ARTHUR M. DULA, INDIVIDUALLY, AND D/B/A THE LAW OFFICES OF ART DULA, ANAT FRIEDMAN, INDIVIDUALLY, AND D/B/A THE LAW OFFICES OF ART DULA, J. BUCKNER HIGHTOWER, AND THE ROBERT A. AND VIRGINIA HEINLEIN PRIZE TRUST, THROUGH, ITS TRUSTEES ARTHUR M. DULA AND J. BUCKNER HIGHTOWER, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-65947**

## MEMORANDUM OPINION

On June 23, 2015, relators The Law Offices of Art Dula, Arthur M. Dula, Individually, and d/b/a The Law Offices of Art Dula, Anat Friedman, Individually,

and d/b/a The Law Offices of Art Dula, J. Buckner Hightower, and the Robert A. and Virginia Heinlein Prize Trust, through its Trustees Arthur M. Dula and J. Buckner Hightower, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Jeff Shadwick, presiding judge of the 55th District Court of Harris County, to vacate his April 22, 2015 order denying their motion to dismiss based on a forum-selection clause.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.